| | |
|---|---|
| **LEWIS & HAND, LLP** | USDS SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: _7-19-10_ |

**MEMO ENDORSED**

45 Main Street, Suite 608
Brooklyn, New York 11201
Phone (718) 243-9323
Fax (718) 243-9326

July 16, 2010

**BY FACSIMILE AND REGULAR MAIL**
The Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Fraserdb, Inc. v. Craig Snyder*, Civil Action Number: 10-CV-3985

Dear Judge Castel:

On behalf of both parties in the above-captioned case, I am hereby filing a request for an adjournment. The parties request the adjournment because they are working toward settling the case, and one month of additional time is needed. There have been no previous requests for adjournment or extension. The parties also request that the court postpone any scheduled dates because they will not be necessary if the parties are able to come to a settlement agreement. Thank you for your time, and I look forward to your response.

Very truly yours,

*[signature]*

Brett E. Lewis

LEWIS & HAND, LLP
45 Main Street, Suite 608
Brooklyn, NY 11201
Telephone: 718-243-9323
Facsimile: 718-243-9326

*Counsel for Plaintiff*

cc: John Berryhill

*[Handwritten annotation by the Court:]*
I assume that this letter was intended as a request to adjourn the Initial Conference presently scheduled for July 22. Next Court time and effort by explaining what is sought to be adjourned. Conference adjourned from July 22 to August 31 at 10:30am.

SO ORDERED
*[signature]*
USDJ
7-19-10